## 36939. SCOTT v. MIRABELLA.

The judgment of the trial court is affirmed without opinion pursuant to Rule 59.
*All the Justices concur.*

DECIDED FEBRUARY 2, 1981.

*Huff & Moore, Michael S. Huff,* for appellant.
*Douglas J. Kile,* for appellee.